## FRANKLIN COUNTY v. BURDICK

No. 374A91

Case below: 103 N.C.App. 496

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 16 July 1992.

## FRIZZELLE v. HARNETT COUNTY

No. 201P92

Case below: 106 N.C.App. 234

Petition by defendants for writ of supersedeas denied and temporary stay dissolved 16 July 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

## GRYB v. HIATT

No. 172P92

Case below: 106 N.C.App. 228

Petition by plaintiff for writ of supersedeas denied and temporary stay dissolved 16 July 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

## HARDING v. N.C. DEPT. OF CORRECTION

No. 243P92

Case below: 106 N.C.App. 350

Petition by defendant for writ of supersedeas and temporary stay denied 8 July 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1992.

## HENLINE v. MONTGOMERY

No. 205P92

Case below: 106 N.C.App. 231

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.